

FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0067

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL DEAN ALBERT,

Defendant and Appellant.

FILED

MAY 2 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Michael Dean Albert moves this Court, requesting that the District Court produce the sentencing transcripts. Appellee State of Montana has not filed a response.

In his motion, Albert requests a copy of his July 14, 2020 sentencing transcripts from the Third Judicial District Court, Powell County. He states that these transcripts will allow him "to prove his legal position which was denied by not allowing a hearing request on February 2, 2021."

Albert appeals a February 2, 2021 Powell County District Court's denial of his postjudgment motion for a hearing regarding clarification of his criminal sentences and their calculation. The District Court Order concluded that Albert's sentences were run correctly based on the record.

Albert's motion for his sentencing transcript cannot proceed with this Court. On appeal, Albert challenges a written decision where the court held no hearing and therefore, Albert is not required under the Montana Rules of Appellate Procedure to provide a transcript. Moreover, any request for a transcript of a prior hearing must be accompanied with payment to the court reporter. Section 3-5-604, MCA; M. R. App. P. 8(3). Only filing fees are waived for an incarcerated individual, such as Albert. M. R. App. P. 5(5). Albert would have to pay the court reporter for a copy of his sentencing transcript to be part of the record on appeal. Accordingly,

IT IS ORDERED that Albert's "Motion Requesting District Court Produce Sentencing Transcripts" is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Dean Albert personally.

DATED this 21ˢᵗ day of May, 2021.

For the Court,

By _____
Chief Justice